United States District Court
Southern District of Texas
**ENTERED**
March 21, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| RICARDO GARZA, | § § § | |
| Plaintiff, | § § | |
| VS. | § § | CIVIL ACTION NO. 4:22-CV-03287 |
| MARTIN O'MALLEY, | § § § | |
| Defendant. | § § | |

## ORDER

Before the Court is United States Magistrate Judge Yvonne Y. Ho's Memorandum and Recommendation filed on February 9, 2024. Doc. #18. The deadline for filing objections has passed, and no objections have been filed. Pursuant to Federal Rule of Civil Procedure 72(b), the Court has reviewed the Memorandum and Recommendation for clear error. *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989). Finding no clear error, the Court adopts the Memorandum and Recommendation in its entirety.

Accordingly, Defendant Martin O'Malley's Motion for Summary Judgment (Doc. Nos. 16, 17) is GRANTED, and Plaintiff Ricardo Gonzalez Garza's Motion for Summary Judgment (Doc. #15) is DENIED.

It is so ORDERED.

MAR 2 0 2024
Date

The Honorable Alfred H. Bennett
United States District Judge